# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| THERESA B. BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV617-061 |
| | ) | |
| GEORGIA SOUTHERN UNIVERSITY, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Proceeding *pro se*, Theresa Bradley has filed a Complaint seeking emergency declaratory and injunctive relief against her school, which has threatened to prevent her from walking at graduation due to a dispute over transferred course credits. Doc. 1. She also seeks leave to proceed *in forma pauperis* (IFP). Doc. 2. After reviewing her affidavit supporting her application, it appears that she lacks sufficient resources to pay the $400 filing fee. The Court therefore **GRANTS** Bradley leave to proceed *in forma pauperis*. Her Complaint and request for emergency relief will be dealt with in a further order by the District Judge.

**SO ORDERED**, this  2nd  day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA