IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| THERESA B. BRADLEY, | * | |
| Plaintiff, | * | |
| v. | * | CV 617-061 |
| GEORGIA SOUTHERN UNIVERSITY, et al., | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's notice of voluntary dismissal without prejudice. (Doc. 13.) Plaintiff filed her notice prior to Defendants having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this _8th_ day of June, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA